IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABIANA IZABEL**,<br>7923 Putney Terrace<br>Glen Burnie, MD 21061<br><br>    Plaintiff,<br><br>    v.<br><br>**ROBERT B. DOWNING, Chief Usher at Executive Residence, Executive Office of the President,**<br>725 17th Street NW<br>Washington, DC 20503<br><br>and<br><br>**ARVIND CHADHA**,<br>725 17th Street NW<br>Washington, DC 20503<br><br>    Defendants. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |

## PRELIMINARY STATEMENT

1. Fabiana Izabel brings this suit under Title VII of the Civil Rights Act of 1964 and Section 1981 of the Civil Rights Act of 1866 to redress the unlawful mistreatment she experienced while working for the Executive Residence in the Executive Office of the President ("Executive Residence"). She is an Afro-Latin woman originally from Brazil and speaks with a non-American accent. She joined the Executive Residence in August 2019—as the first female butler in the history of the White House—and was fired summarily on Inauguration Day of 2021.

2. The unlawful mistreatment that Izabel experienced includes (but is not limited to) the following: ordering her to transport a male coworker in her personal vehicle, even though she pushed back against the order for personal safety reasons; forcing her to work

1

alongside the same male coworker, after he came unduly hostile and aggressive to her, for an extended period; requiring her to attend one-on-one coaching sessions despite having no legitimate reason for the requirement; denying her requests for leave; reducing her job duties substantially without a legitimate reasons; mocking her hair; mocking her makeup; mocking dress choices; mocking her non-American accent; denying her the opportunity to apply for the position of mâitre d' and hiring a white British man because he is white and British; giving her significantly fewer opportunities to work overtime than similarly situated male coworkers; requiring her to pose for her presidential portrait under conditions starkly inferior to the conditions under which similarly situated male coworkers posed for theirs; failing to adequately address her complaints of unlawful harassment and discrimination; and firing her abruptly on Inauguration Day of 2021.

3.  As a result, Izabel asserts claims under Title VII and Section 1981 for a hostile work environment based on race, sex, and national origin; disparate treatment based on race, sex, and national origin; and retaliation.

## JURISDICTION AND VENUE

4.  This Court has subject matter jurisdiction over this suit under 42 U.S.C. § 2000e *et seq.* and 28 U.S.C. §§ 1331, 1332, 1343, and 1367.

5.  This Court has personal jurisdiction over Defendants because Defendants conduct regular business in the District of Columbia and because they maintain regular and systematic contacts with the District of Columbia.

6.  Venue in this district is proper under 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391, because the events described in this Complaint occurred in the District of Columbia.

## PARTIES

7.  Plaintiff Fabiana Izabel lives in Maryland. She has met all administrative exhaustion requirements, and received her right-to-sue notice fewer than 90 days before this suit's filing date.

2

8.  Defendant Robert Downing, sued in his official capacity, is the chief usher at the Executive Residence, Executive Office of the President. Whenever the Complaint says that Downing committed an act or omission, it means that the Executive Residence or its employees, officers, directors, vice principals, or agents committed the act or omission; that the act or omission was committed with the Executive Residence's full authorization, ratification, or approval; or that the act or omission was committed within in the scope of employment of the employees, officers, directors, vice principals, or agents.

9.  Defendant Arvind Chadha, sued in his individual capacity, is the butler's manager at the Executive Residence. At all relevant times he exercised direct or indirect supervisory authority over Izabel.

## FACTUAL ALLEGATIONS

10. Izabel is an Afro-Latin woman originally from Brazil. She immigrated to the United States in 2008. She holds a bachelor's degree in jurisprudence from the University of Baltimore. She speaks English with a noticeable non-American accent.

11. Around August 5, 2019, Izabel joined the Executive Residence as a butler. This was historic because she was the first woman to become a butler at the Executive Residence.

12. Izabel's butler duties included caring for the First Family, serving and preparing food and beverages, and assisting with events on the State Floor, where the White House hosted dignitaries and other events.

13. Izabel was supervised by Arvind Chadha, the butler's manager and department head, who is also male.

14. Izabel worked alongside four other butlers, all of whom are male.

15. She quickly won the respect and admiration of the four male butlers because of her positive demeanor and excellent work ethic. She never neglected her duties and always completed every assignment, even when Chadha assigned her more tasks than

the other butlers—which happened often.

16. On November 25, 2019, Izabel was scheduled to arrive at the White House at 3:30 am for a work shift. One of her first tasks that morning was to drive to an offsite warehouse that the White House uses to store holiday décor. The warehouse is located about 30 minutes away in Maryland. Before the Christmas holiday, hundreds of volunteers gather at this warehouse to prepare decorations and other items used for the White House holiday parties.

17. Before Izabel's shift began that morning, Chadha ordered her to allow Sandro Santos, a male contractor for the White House, to ride with her in her personal vehicle. This resulted in a conversation that William "Buddy" Carter, a male butler assigned to the same work shift, witnessed from start to finish.

18. Izabel objected to Chadha's order because it made her concerned for her personal safety. She explained to Chadha that she had never met Santos before that day; that her personal vehicle is a Smart car, which is so small that Santos's body would have touched her body continuously; and that she was uncomfortable with Santos's body touching hers continuously, especially in the wee mornings of the morning, because she is a woman and Santos is a strange man. She also suggested that Carter was driving to the warehouse in a larger vehicle (a government van) at the same time and could take Santos to the warehouse instead.

19. Because Carter knew Izabel wasn't violating any rules or regulations by refusing to give Santos a ride in her small Smart car, Carter tried to smooth things over. He offered Santos a ride since he already knew Santos. Carter also urged Chadha to consider Izabel's position as a woman concerned about her personal safety.

20. But Chadha told Izabel, "I don't care if you are uncomfortable or not—it's your assignment."

21. Then he again ordered Izabel to drive Santos to the warehouse in her small Smart car.

22. When Izabel arrived for her shift that morning, she told Santos that he would have to ride with Carter rather than with her to the warehouse.

23. Santos became visibly angry immediately. For the rest of the day, Santos demonstrated extreme hostility and undue aggression to Izabel; refused to perform his work duties, even though he was required to work under Izabel's supervision; and was otherwise disruptive.

24. Izabel immediately complained about Santos's extreme hostility and undue aggression to Chadha and the chief usher Timothy Harleth, who was then Izabel's second-line supervisor.

25. Yet Chadha and Harleth ordered Izabel to continue working with Santos throughout the 2019 Christmas holiday season. Harleth also told her something to the effect of "Children who squabble should be put in the same room until they learn to get along."

26. Santos was fired soon afterward.

27. In late December 2019, though, Chadha, Harleth, and the assistant chief usher Katie Hinson told Izabel she would have to attend one-on-one coaching sessions—even though the problems she experienced with Santos were due to his extreme hostility and undue aggression toward her.

28. The next month, Izabel was assigned to Christopher Coyne, a retired military official, for one-on-one coaching sessions. He admonished her during one of the sessions to follow every instruction given to her. This reminded Izabel of Chadha's order to serve the First Family expired products (food and beverages) and clean the White House with expired disinfectants. Because Izabel reasonably and in good faith believed that order violated her obligations as a butler, she told Coyne that she would not follow any order that violated her obligations as a butler, her conscience, or the law.

29. Around March 29, 2020, Laurence Dennis—a white man who is originally from Britain and speaks with a British accent—became the Executive Residence's new maître d'. As a result, he became the direct supervisor of all butlers, and Chadha was promoted from

butler's manager to events manager.

30. Dennis's hiring, however, deviated from standard protocol. Historically, the maître d' position is advertised, and butlers are encouraged to apply to it. But the Executive Residence didn't advertise the maître d' position before hiring Dennis. It also didn't give any of the butlers the opportunity to apply to the position.

31. Also, Harleth gushed about the hiring decision by noting that Dennis "speaks properly." That statement raised questions about Dennis's hiring: all the butlers were either African American or Afro Latin, and none received the opportunity to apply to the maître d' position.

32. When Chadha became the butler's manager, he retained supervisory authority over Izabel.

33. From around June 2020 to around November 2020, his treatment of Izabel worsened

34. For example, Chadha substantially reduced Izabel's overtime hours and denied her leave requests.

35. Around July 8, 2020, Chadha downgraded Izabel's duties from those of a butler to those of a dishwasher during a State Floor event while assigning two white male office ushers with no prior serving experience to serve the guests as butlers.

36. On several occasions, Chadha told Izabel he hates working with women; however, he never told any of the male employees that he hates working with men.

37. On several occasions, when Izabel asked Chadha about work-related tasks, Chadha said he would agree if she were nicer to him.

38. On several occasions, Chadha humiliated Izabel in front of her fellow butlers and other male coworkers by mocking her hair, mocking her makeup, mocking her uniform, and mocking her non-American accent. He often asked her coworkers, "Can you understand what she is saying? It sounds so funny. Sometimes I cannot understand what she is saying." He often told Izabel, "Look at your makeup—you are

6

not the First Lady!" He frequently called her "nasty."

39. Around July 30, 2020, Dennis assigned each male butler a cleaning task that had five to seven items, each to be completed within a 10-day window. By contrast, he assigned Izabel 28 items and ordered her to clean the office as well.

40. Around August 15, 2020, Izabel told Chadha she had to cancel her travel plans to travel because of the COVID-19 pandemic.

41. Yet Chadha urged her to "go away not only for a month but forever." Even worse, he told her he would pay her not to come to work.

42. Izabel responded by asking Chadha to stop insulting and ridiculing her.

43. Around September 13, 2020, Chadha ordered Izabel to wrap 450 plates by herself in addition to completing her regular duties.

44. Given that the mammoth size of the task and the fact that no other male butler received a similarly sized task, Izabel asked Dennis why the mammoth-sized task was not divided between the butlers.

45. Dennis replied that Chadha had ordered him to order Izabel to wrap 450 plates by herself.

46. In the end Dennis, a chef, an office usher helped Izabel wrap the plates because they were embarrassed that Izabel was the only butler assigned such a mammoth-sized task.

47. Around September 16, 2020, Izabel went to the White House to have her presidential portrait taken as part of a White House Historical Association project.

48. Izabel was asked to pose holding a tray with a glass of champagne. She told John Botello, the creative manager in charge of the photo sessions, that she was uncomfortable posing with alcohol because she believed the presidential portrait presented an opportunity to depict the first female butler in a more meaningful way. But Haley Rivero, Harleth's assistant, told Izabel's portrait appointment would be canceled if she did not pose as she had been asked to do.

49. Rivero announced that the male butlers would have their portraits taken in the state

rooms, which were expansive and elegant.

50. By contrast, Rivero announced that Izabel would have her portrait taken in a pantry room that was under construction. Rivero also forced Izabel to change her uniform three separate times—one of those times included removing an American flag pin from the left lapel of Izabel's tuxedo jacket.

51. Around November 2020, Chadha and Harleth denied Izabel's request to change shifts but granted similar requests for her similarly situated male coworkers.

52. Around November 2020, Izabel complained to Carmen Hughes, the administrative usher and HR representative, about the unlawful discrimination, harassment, and retaliation she had experienced from Chadha and Harleth.

53. Chadha and Harleth learned about Izabel's complaint shortly afterward.

54. But no one responded to Izabel's complaint.

55. Around November 18, 2020, Izabel filed an informal EEO complaint based on the unlawful discrimination, harassment, and retaliation she had experienced from Chadha and Harleth.

56. Chadha and Harleth learned Izabel's informal EEO complaint shortly afterward.

57. On January 20, 2021, the White House staff were preparing to bid farewell to President Trump and welcome President Biden in a ceremony that involved all residential staff lining up in a row as the First Family left the White House.

58. Izabel was summoned to the Map Room after the former First Family left.

59. At the Map Room she was greeted by Hughes and Raheemah Abudalmeem, the counsel for the Executive Office of the President, and told that it would be her last day of employment at the White House.

60. Izabel began feeling sick and asked to go to the restroom to collect herself. She then went to the women's locker room. Shortly afterward, Hughes entered the women's locker room and called the Secret Service to escort Izabel out of the White

House.

61. The Executive Residence did not give Izabel a reason for her firing.

62. Around February 16, 2021, Izabel filed a formal EEO complaint based on the unlawful discrimination, harassment, and retaliation she had experienced while working at the Executive Residence.

63. As a result of Defendants' illegal actions, Izabel has sustained economic damages and mental anguish, and she will continue to sustain damages into the future.

64. Izabel has met all administrative exhaustion requirements.

65. She received notice of her right to sue fewer than 90 days before this suit's filing date.

<u>First Cause of Action</u>
**VIOLATIONS OF TITLE VII**
**Hostile Work Environment Based on Race, Sex, and National Origin;**
**Disparate Treatment Based on Race, Sex, and National Origin; and Retaliation**
***Against Defendant Downing***

66. Izabel incorporates every preceding paragraph as alleged above.

67. Downing has discriminated against Izabel based on her race (Black/Afro-Latin), sex (female), or national origin (Brazilian) in violation of Title VII by subjecting her to disparate treatment of employment available to employees who do not belong to the same protected classifications, including (but not limited to) subjecting her to disparate working conditions, denying her terms and conditions of employment equal to that of her similarly situated coworkers who do not belong to the same protected categories, as well as (but not limited to) by failing to promote her to an appropriate job level, firing her, and denying her the opportunity to work in an employment setting free of unlawful discrimination.

68. Downing has discriminated against Plaintiff based on her race, sex, or national origin in violation of Title VII by fostering, condoning, accepting, ratifying, and otherwise failing to prevent or to remedy a hostile work environment that has included, among other things, severe and pervasive discrimination due to and

directed at her race, sex, or national origin.

69. Downing has retaliated against Izabel based on her protected activity in violation of Title VII by subjecting her to disparate working conditions, denying her terms and conditions of employment equal to that of her similarly situated coworkers who did not engage in protected activity, as well as (but not limited to) by failing to promote her to an appropriate job level, firing her, and denying her the opportunity to work in an employment setting free of unlawful discrimination.

70. These actions are in direct violation of Title VII.

71. As a direct and proximate result of Downing's unlawful discriminatory and retaliatory conduct in violation of Title VII, Izabel has suffered, and continues to suffer, economic harm for which she is entitled to an award of monetary damages and other relief.

72. As a direct and proximate result of Downing's unlawful discriminatory and retaliatory conduct in violation of Title VII, Izabel has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.

73. Downing's unlawful discriminatory and retaliatory conduct constitutes a willful and wanton violation of Title VII, was outrageous and malicious, was intended to injure Izabel, and was committed with conscious disregard of Izabel's civil rights, entitling Izabel to an award of punitive damages.

**Second Cause of Action**
**VIOLATIONS OF SECTION 1981**
**Hostile Work Environment Based on Race, Ethnicity, and Ancestry;**
**Disparate Treatment Based on Race, Ethnicity, and Ancestry; and Retaliation**
***Against Defendant Chadha***

74. Izabel incorporates every preceding paragraph as alleged above.

75. Chadha has discriminated against Izabel based on her race (Black/Afro-Latin), ethnicity (Hispanic), or ancestry (Brazilian) in violation of Section 1981 by

10

subjecting her to disparate treatment of employment available to employees who do not belong to the same protected classifications, including (but not limited to) subjecting her to disparate working conditions, denying her terms and conditions of employment equal to that of her similarly situated coworkers who do not belong to the same protected categories, as well as (but not limited to) by failing to promote her to an appropriate job level, firing her, and denying her the opportunity to work in an employment setting free of unlawful discrimination.

76. Chadha has discriminated against Izabel based on her race, ethnicity, or ancestry in violation of Section 1981 by fostering, condoning, accepting, ratifying, and otherwise failing to prevent or to remedy a hostile work environment that has included, among other things, severe and pervasive discrimination due to and directed at her race, sex, or ancestry.

77. Chadha has retaliated against Izabel based on her protected activity in violation of Section 1981 by subjecting her to disparate working conditions, denying her terms and conditions of employment equal to that of her similarly situated coworkers who did not engage in protected activity, as well as (but not limited to) by failing to promote her to an appropriate job level, firing her, and denying her the opportunity to work in an employment setting free of unlawful discrimination.

78. These actions are in direct violation of Section 1981.

79. As a direct and proximate result of Chadha's unlawful discriminatory and retaliatory conduct in violation of Section 1981, Izabel has suffered, and continues to suffer, economic harm for which she is entitled to an award of monetary damages and other relief.

80. As a direct and proximate result of Chadha's unlawful discriminatory and retaliatory conduct in violation of Section 1981, Izabel has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award

of monetary damages and other relief.

81. Chadha's 's unlawful discriminatory and retaliatory conduct constitutes a willful and wanton violation of Section 1981, was outrageous and malicious, was intended to injure Izabel, and was committed with conscious disregard of Izabel's civil rights, entitling Izabel to an award of punitive damages.

## PRAYER FOR RELIEF

82. Based on the foregoing claims, Izabel respectfully requests the Court enter judgment in her favor and award her the following relief:

   a. Reinstatement with the same status, duties, and working conditions applicable at the time of her curtailment, and abatement of the retaliatory conduct directed toward her, or alternatively, front pay;

   b. Nominal damages;

   c. Economic damages for lost wages and benefits;

   d. Prejudgment and postjudgment interest;

   e. Noneconomic damages, including damages for mental and emotional distress and harm to reputation;

   f. Attorney's fees and costs; and

   g. Any other just and equitable relief.

## DEMAND FOR JURY TRIAL

83. Plaintiff demands a trial by jury for all issues proper to be so tried.

Respectfully submitted,

Onyebuchim A. Chinwah
(Pro Hac Vice Admission forthcoming)
THE CHINWAH FIRM LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
Phone: (240) 842-9292
Email: oc@chinwahfirm.com
*Lead Counsel for Plaintiff*

/s/ Darrell Chambers
Darrell Chambers
(DC Bar # 980872)
The CHAMBERS FIRM LLC
116 Village Boulevard, Suite 200
Princeton, NJ 08540
Phone: (410) 660-3692
Email: darrell@chambersfirmDCMD.com
*Cocounsel for Plaintiff*

Dated: September 25, 2022